IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARVIN BANKS,** : | |
| Plaintiff : | |
| : | No. 1:20-cv-01341 |
| v. : | |
| : | (Judge Rambo) |
| **REV. ULLI KLEMM, <u>et al.</u>,** : | |
| Defendants : | |

## ORDER

**AND NOW**, on this 9th day of January 2023, upon consideration of the parties' motions for summary judgment (Doc. Nos. 81, 89), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. No. 89) is **GRANTED** based upon Plaintiff Marvin Bank ("Plaintiff")'s failure to exhaust available administrative remedies, as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997(e)(a);

2. Plaintiff's motion for summary judgment (Doc. No. 81), which seeks judgment as a matter of law on the merits of his First Amendment and Religious Land Use and Institutionalized Persons Act claims, is **DENIED as moot**;

3. Defendants' motion to strike Plaintiff's motion for summary judgment (Doc. No. 84) is **DENIED as moot**;

4. Plaintiff's motion seeking the appointment of counsel (Doc. No. 93) is **DENIED as moot**;

5. Plaintiff's motions for default judgment (Doc. No. 100) and for contempt (Doc. No. 103) are **DENIED**; and

6.       The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Sylvia H. Rambo  
SYLVIA H. RAMBO  
United States District Judge
